Supreme Court, Westchester Special Term, December 1900. Unreported.

In the Matter of the Petition of ELIZA MOULTON to Revoke the Liquor Tax Certificate of PASQUALE ACCONCIA.

Motion for a stay pending appeal.

*Alfred R. Page,* for motion.

*Lincoln G. Backus,* opposed.

W. M. SMITH, J.: I can not concur with the decisions which hold that a stay may not be granted in these proceedings upon an appeal to the Appellate Division.

Motion granted on condition that the appeal be argued at the January term, and that security be given for the costs and disbursements of appeal.